JOHN G. WARD et al., as Trustees under the Will of WILLIAM J. WARD, SR., Deceased, et al., Appellants, v. CHARLES L. FELTMAN et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1025.]

IRVING M. BEBG, Respondent, v. MASON, AU & MAGENHEIMER CONF. MFG. CO., INC., Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by respondent when he bit into a foreign substance contained in candy manufactured by appellant, judgment in favor of respondent unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ.

MORRIS BIGMAN et al., Doing Business as BIGMAN BROS., Respondents, v. MOSS INDUSTRIES, INC., et al., Appellants, et al., Defendants.— Order denying motion to open defendants' default, to vacate the judgment herein and for other relief, affirmed, with $10 costs and disbursements. No opinion. Appeal from order denying defendants' motion for reargument dismissed, without costs. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See, post, p. 815.]

WILBUR BURTIS, an Infant, by JOHN BURTIS, His Guardian ad Litem, et al., Appellants, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Action by the infant plaintiff to recover damages for personal injuries, and by his father for expenses and loss of services. The infant plaintiff was injured while playing boxball in the yard of a high school where he was a pupil. The complaint was dismissed at the close of plaintiffs' case. Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event. In our opinion, questions of fact were presented and it was error to nonsuit plaintiffs. Johnston, Acting P. J., Nolan, Sneed and Wenzel, JJ., concur; Adel, J., dissents and votes to affirm.

WALTER C. DREWS et al., Appellants, v. ALEXANDER SPENCER et al., Respondents.— In an action for specific performance of an agreement to sell real property situated in Richmond County, plaintiffs' motion to examine defendants, residents of Philadelphia, before trial, was denied without prejudice to an application for an examination by interrogatories or by open commission. Order modified on the law and the facts by striking out the first ordering paragraph and in place thereof substituting a provision that the motion to examine defendants individually be granted. As so modified, the order, insofar as appealed from, is affirmed, with $10 costs and disbursements to appellants. The opposing affidavit fails to disclose that it would be unduly burdensome or result in any serious inconvenience or unnecessary hardship to require defendants to appear in Richmond County for the examination. (Wolf v. Union Waxed & Parchment Paper Co., 148 App. Div. 623.) Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. Settle order on notice within five days from the entry of the order hereon.